# United States Bankruptcy Court
## District of Arizona

In re:  
TAKISHA L WEST  
    Debtor

Case No. 23-07726-DPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 12, 2024     Form ID: 318     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | TAKISHA L WEST, 17235 W STATLER ST, SURPRISE, AZ 85388-1261 |
| 17105976 | + | ADT, 452 Sable Blvd Unit G, Aurora CO 80011-0813 |
| 17105979 | + | Cash 1 Title Loans, 2415 E Thomas Rd, #2, Phoenix AZ 85016-7900 |
| 17105984 | + | Drive Up Title Loan, 12333 NW Grand Ave., El Mirage AZ 85335-2972 |
| 17115425 | + | Harmony at Surprise, 15164 N 140th Dr, Surprise AZ 85379-8563 |
| 17105988 | + | Progressive Management Service, PO Box 2220, West Covina CA 91793-2220 |
| 17115426 | | Title Max, 7425 w Lower Buckeye Rd, Phoenix,Az 85043 |
| 17105991 | + | Valley Collection Services, PO Box 10130, Glendale AZ 85318-0130 |
| 17105992 | + | Villas At Mountian Vista Ranch, 16630 N Reems Rd., Surprise AZ 85374-7427 |
| 17115424 | + | Villas at Mountain Vista Ranch, 16630 N Reems Rd, Surprise AZ 85374-7427 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | + EDI: QEHALEY.COM | Feb 13 2024 03:29:00 | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| smg | | EDI: AZDEPREV.COM | Feb 13 2024 03:29:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17105977 | | + EDI: CINGMIDLAND.COM | Feb 13 2024 03:29:00 | AT&T, 1801 Valley View, Farmers Branch TX 75234-8906 |
| 17105978 | | + EDI: CAPITALONE.COM | Feb 13 2024 03:29:00 | Capital One, P.O. Box 60599, City of Industry CA 91716-0599 |
| 17105980 | | + Email/Text: bmg.bankruptcy@centurylink.com | Feb 12 2024 22:55:00 | Century Link, 100 CenturyLink Drive, Monroe LA 71203-2041 |
| 17105981 | | ^ MEBN | Feb 12 2024 22:39:45 | Cox Communications Inc., 6205-B Peachtree Dunwoody Rd, Atlanta GA 30328-4524 |
| 17105982 | | + Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2024 23:03:29 | Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 |
| 17105983 | | EDI: DIRECTV.COM | Feb 13 2024 03:29:00 | Direct TV, P.O. Box 6550, Englewood CO 80155 |
| 17105985 | | EDI: AMINFOFP.COM | Feb 13 2024 03:29:00 | First Premier Bank, PO Box 5519, Sioux Falls SD 57117-5519 |
| 17105986 | | + EDI: NAVIENTFKASMSERV.COM | Feb 13 2024 03:29:00 | Navient, PO Box 9500, Wilkes Barre PA 18773-9500 |
| 17105987 | | Email/Text: bankruptcy@gopfs.com | Feb 12 2024 22:55:00 | Prestige Financial, 1420 S 500 W, Salt Lake City UT 84115 |
| 17105989 | | EDI: AISTMBL.COM | | |

| | | | |
|---|---|---|---|
| | | Feb 13 2024 03:29:00 | T-Mobile, Bankruptcy Notices, PO Box 53410, Bellevue WA 98015 |
| 17105990 | Email/Text: ahzpclaw@gmail.com | Feb 12 2024 22:55:00 | US Collections West Inc., PO Box 39695, Phoenix AZ 85069 |
| 17105993 | + Email/Text: bankruptcynotice@westlakefinancial.com | Feb 12 2024 22:55:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles CA 90076-0809 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIC M. HALEY | trustee@haley-law.com emhaley@ecf.axosfs.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor TAKISHA L WEST documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | TAKISHA L WEST<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9122<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of Arizona | |
| Case number: | 2:23–bk–07726–DPC | |

# Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

TAKISHA L WEST

2/12/24                                                    **By the court:** Daniel P. Collins
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**